# United States Court of Appeals
## For the First Circuit

No. 23-1156

ALAIN GLODY CIRHUZA BADOSE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Rikelman, Lipez, and Thompson,
<u>Circuit Judges</u>.

**ORDER OF COURT**
Entered: December 19, 2024

The government's petition for panel rehearing is granted. The opinion of this Court issued on September 20, 2024, is withdrawn, and the original judgment of same date is vacated. An amended opinion and judgment issued today grants the petition for review and vacates the decision of the Board of Immigration Appeals with instructions as specified.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Donna Carr, Chief Clerk, Board of Immigration Appeals, Gregory Romanovsky, Anthony Cardozo Payne, Walter Manning Evans, Joseph D. Hardy, Jennifer A. Bowen, Oil